# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>TIMOTHY S. MOTEL,<br><br>                     Defendant. | Case No. 17-CR-63-JPS<br><br>**ORDER** |

On April 28, 2017, the defendant filed motions to preserve evidence and adjourn the upcoming trial, currently set for June 26, 2017. (Docket #8 and #9). On May 3, 2017, Magistrate Judge David E. Jones granted the defendant's motions, but did not adjourn the trial date. (Docket #11 and #12). Magistrate Jones scheduled a status conference regarding the preservation of evidence for July 18, 2017. (Docket #11). The Court will therefore adjourn the trial in this matter and schedule a new trial date after the parties have appeared before Magistrate Jones for their July 18, 2017 status conference.

Accordingly,

**IT IS ORDERED** that defendant's motion to adjourn the trial (Docket #8) be and the same is hereby **GRANTED;** and

**IT IS FURTHER ORDERED** that the trial in this matter, currently set for June 26, 2017, the final pretrial conference, currently set for June 20, 2017, and all other pending deadlines of the Court's April 20, 2017 Trial Scheduling Order (Docket #7) be and the same are hereby **ADJOURNED.**

Dated at Milwaukee, Wisconsin, this 24th day of May, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge